**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

JOHN WHATLEY and JEANNE
WHATLEY,

        Plaintiffs,

v.                                  Case No:   6:24-cv-1922-RBD-LHP

HILTON GRAND VACATIONS,
INC.,

        Defendant

---

**ORDER**

(And Direction to the Clerk)

Before the Court is *pro se* Plaintiffs' Motion for Permission to File Documents Via CM/ECF as Non-Attorney Filers.  Doc. No. 58.  Defendant does not oppose the motion.  *Id.*, at 2.

Upon consideration, this motion (Doc. No. 58) is **GRANTED**.  The Court will permit Plaintiffs to file electronically via CM/ECF, provided that Plaintiffs comply with the Administrative Procedures for Electronic Filing. [1]  Failure to

---

[1] The Administrative Procedures for Electronic Filing are available on the Court's website, https://www.flmd.uscourts.gov, by selecting "Filing a Case," and "Administrative Procedures for Electronic Filing (PDF)."

comply will result in the removal of electronic filing privileges. Plaintiffs are further advised that the privilege granted herein will be revoked if they misuse or abuse CM/ECF. The Court directs the Plaintiffs the requirements for Non-Attorney E-File Registration, located on the Court's website, https://www.flmd.uscourts.gov/cmecf. The Clerk is **DIRECTED** to update each Plaintiff's contact information with the address, phone number, and email address listed in the motion (Doc. No. 58, at 2).

 **DONE** and **ORDERED** in Orlando, Florida on May 6, 2026.

_____

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties